**Opinion filed April 30, 2012**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-11-00362-CR & 11-11-00363-CR

_____

## RANDALL CRAIG PHILEN, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause Nos. CR20572 & CR20751**

### M E M O R A N D U M   O P I N I O N

Randall Craig Philen has filed in this court a motion to withdraw his notices of appeal and dismiss his appeals. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted. Appellant's notices of appeal are withdrawn, and the appeals are dismissed.

April 30, 2012                                                                       PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.